UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RUDOLPH BETANCOURT,
    Plaintiff,
vs.

WENS HOLDING LLC AND WENS HOTEL MANAGEMENT LLC D/B/A SEASIDE VILLAS,
    Defendant(s).

Case No: 24-cv-60820-DSL

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, RUDOLPH BETANCOURT, and Defendants, WENS HOLDING LLC AND WENS HOTEL MANAGEMENT LLC D/B/A SEASIDE VILLAS, by and through their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents.

    Respectfully submitted,

| | |
|---|---|
| s/ Glenn R. Goldstein | s/ Steven A. Wahlbrink |
| Glenn R. Goldstein (FBN: 55873) | Steven A. Wahlbrink (FBN: 17496) |
| *Attorney for Plaintiff* | Richard J. Zaden (FBN: 867357) |
| Glenn R. Goldstein & Assoc., PLLC | *Attorneys for Defendants* |
| 8101 Biscayne Blvd., Ste. 504 | LAW OFFICES OF SEILER, SAUTTER, |
| Miami, Florida 33138 | ZADEN, RIMES & WAHLBRINK |
| 561.573.2106 | 2850 North Andrews Avenue |
| GGoldstein@G2Legal.net | Fort Lauderdale, Florida 33311 |
| | (965) 568-7000 |
| s/ Lauren N. Wassenberg | rzaden@sszrlaw.com |
| Lauren N. Wassenberg (FBN: 34083) | jtomaszewski@sszrlaw.com |
| *Attorney for Plaintiff* | swahlbrink@ssrzlaw.com |
| Lauren N. Wassenberg & Assoc., P.A. | tlafrance@sszrlaw.com |
| 33 SE 4th St., Ste. 100 | |
| Boca Raton, FL 33432 | |
| 305-804-5435 | |
| WassenbergL@gmail.com | |